ACCEPTED
03-14-00501-CV
4684127
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/30/2015 8:06:04 AM
JEFFREY D. KYLE
CLERK

# LAW OFFICE OF DON CRUSE

1108 Lavaca Street          (512) 853-9100
Suite 110-436               (512) 870-9002 *fax*
Austin, Texas 78701         don.cruse@texasappellate.com

**BY E-FILING**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/30/2015 8:06:04 AM

JEFFREY D. KYLE
Clerk

March 30, 2015

Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

        Re:    **Acknowledgment of Oral Argument Setting**

                *County of La Salle v. Joe Weber, et al.*,
                No. 03-14-00501-CV

Dear Mr. Kyle:

       This letter confirms that the undersigned counsel, Don Cruse, will be presenting oral argument on behalf of the County of La Salle.

                    Respectfully submitted,

                    Don Cruse
                    State Bar No. 24040744

## CERTIFICATE OF SERVICE

I certify that on March 30, 2014, this **Letter** was served on

counsel under Texas Rule of Appellate Procedure 9.5(b):

 Kristofer D. Monson
  Assistant Solicitor General
 Office of the Attorney General
 P.O. Box 12548
 Austin, Texas  78711-2548
 *kristofer.monson@texasattorneygeneral.gov*

 COUNSEL FOR APPELLEES


       /s/ Don Cruse

       _____

       Don Cruse